# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD LAWRENCE,<br><br>                Plaintiff,<br><br>      v.<br><br>IMMUNOGEN, INC., STEPHEN C. MCCLUSKI, STUART A. ARBUCKLE, MARK J. ENYEDY, MARK A. GOLDBERG, TRACEY L. MCCAIN, DEAN J. MITCHELL, KRISTINE PETERSON, HELEN THACKRAY, and RICHARD J. WALLACE,<br><br>                Defendants. | Case No. 1:24-cv-00227-LJL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Richard Lawrence ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: March 21, 2024 | Respectfully Submitted, |
| | |
| | */s/ Richard A. Acocelli* |
| OF COUNSEL: | Richard A. Acocelli<br>**ACOCELLI LAW, PLLC**<br>33 Flying Point Road, Suite 131 |
| **LONG LAW, LLC**<br>Brian D. Long<br>3828 Kennett Pike, Suite 208<br>Wilmington, DE 19807<br>Telephone: (302) 729-9100<br>Email: BDLong@LongLawDE.com | Southampton, NY 11968<br>Tel: (631) 204-6187<br>Email: racocelli@acocellilaw.com<br><br>*Attorneys for Plaintiff* |